# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA CASE NO. 1:25-cv-774

JENNIFER WHITLEY HOWELL,
Administrator of the ESTATE OF
MICHAEL DALE REED,

      Plaintiff,

v.

JEFF CRISCO, in his official capacity as
Sheriff of Stanly County; The Cincinnati
Insurance Company, as Surety for the
Sheriff; CAPTAIN JEFF THOMAS, in his
official capacity and individually;
SERGEANT MEGAN GREEN,
individually and in her official capacity;
SERGEANT ERIC ANDERSON,
individually and in his official capacity;
OFFICER ALEX L. BLACKWELDER,
individually and in his official capacity;
OFFICER CORY T. HUGGINS,
individually and in his official capacity;
CELIA ENTWISTLE, MD; JENNIFER
SMITH; and IMS CORRECTIONAL
HEALTHCARE, LLC.

      Defendants

**NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441(c)
[Federal Question]**

      Defendants Jeff Crisco (the "Sheriff") in his official capacity as Sherriff of Stanly

County, CAPTAIN JEFF THOMAS, in his official capacity and individually; SERGEANT

MEGAN GREEN, individually and in her official capacity; SERGEANT ERIC

ANDERSON, individually and in his official capacity; OFFICER ALEX L.

BLACKWELDER, individually and in his official capacity; OFFICER CORY T.

HUGGINS, individually and in his official capacity (collectively the "Sheriff Defendants"), and the Cincinnati Insurance Company, as surety for the Sheriff ("CIAC"), hereby file their Notice of Removal of this action from the North Carolina General Court of Justice, Superior Court Division, Stanly County, to the United States District Court for the Middle District of North Carolina, pursuant to 28 U.S.C. § 1441(c).  In support of this removal, Defendants state the following:

2. On July 21, 2025, Plaintiff filed a Complaint in Stanly County Superior Court entitled *Jennifer Whitley Howell, Administrator of the Estate of Michael Dale Reed, v. Jeff Crisco, et al.* in Case No. 25CV000977-830 (the "State Court Action").  Copies of the Summons, Complaint, Service of Process documentation and Answer filed by IMS Correctional Healthcare, LLC, are collectively attached hereto as **Exhibit A**.  These documents constitute all "process, pleadings, and orders" served upon Defendants in the State Court Action as required by 28 U.S.C. § 1446(a).

3. Defendant CIAC was served on July 29, 2025, and the Sheriff Defendants accepted service of the Complaint on August 1, 2025.

4. Defendant Jennifer Smith  was served on July 30, 2025.

5. Defendant Celia Entwistle, MD, was purportedly served on August 18, 2025, and consents to this removal.   IMS Correctional Healthcare, LLC, was served on July 25, 2025, and consents to this removal.

6. Accordingly, this Notice of Removal has been filed within thirty days of service of Plaintiff's Complaint upon Defendants.  28 U.S.C. § §1446(b)(2)(B), (C).

7.    Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

8.    This action includes claims under 42 U.S.C. § 1983 over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court in its entirety pursuant to 28 U.S.C. § 1441(c).

9.    Written notice of the filing of this Notice of Removal will be provided to Plaintiff, together with a copy of the Notice of Removal and supporting papers. Pursuant to 28 U.S.C. § 1446(d), the same will be filed with the Superior Court of Stanly County, North Carolina. A copy of the Notice of Filing Notice of Removal is attached with the State Court documents as **Exhibit B**.

10.    Defendants submit this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, without conceding that Plaintiff has pleaded claims upon which relief can be granted, without admitting that Plaintiff has standing, and without admitting that Plaintiff is entitled to any monetary or equitable relief whatsoever.

WHEREFORE, Defendants pray that the above-captioned action now pending against it proceed in this Court as an action properly removed.

3

Respectfully submitted, this the 27th day of August, 2025.

**WOMBLE BOND DICKINSON (US) LLP**

s/*Sean F. Perrin*

Sean F. Perrin (NCSB No. 22253)
301 S. College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone No. (704) 331-4992
Fax No. (704) 338-7814
E-mail: Sean.Perrin@wbd-us.com

*Counsel for the Sheriff Defendants and CIAC*

4

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 27th day of August, 2025 a copy of the foregoing

was filed with the CM/ECF system and sent via U.S. Mail as follows:

Thomas Doughton
CRAIGE JENKINS LIIPFERT & WALKER LLP
110 Oakwood Drive, Ste. 300
Winston-Salem, NC 27103
Telephone (336) 725-2900
Facsimile (336) 723-7308

*/s/ Sean F. Perrin*